1001

[No. 57827-8-I. Division One. December 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY DEAN SCHALLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-10349-1, Sharon S. Armstrong, J., entered February 21, 2006. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Agid, JJ. Now published at 143 Wn. App. 258.

[Nos. 57834-1-I; 57870-7-I. Division One. December 3, 2007.]

*In the Matter of the Personal Restraint of* DENNIS RANDY GAY, *Petitioner*.

Petition for relief from personal restraint. Petition *granted* and case *remanded* by unpublished per curiam opinion.

[No. 57944-4-I. Division One. December 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TAFT LAWSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-10558-1, Michael S. Spearman, J., entered March 21, 2006. *Affirmed in part* and *remanded* by unpublished per curiam opinion.